1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    UNITED STATES OF AMERICA,              Case No.  6:22-po-00652-HBK

12              Plaintiff,                   ORDER APPOINTING COUNSEL

13         v.                                (Doc. No. 3)

14    KENNETH W. REEVES,

15              Defendant.

16

17         Before the Court is the Office of the Federal Public Defender's (FPD) motion, brought on

18   behalf of the Defendant, seeking appointment of counsel.   (Doc. No. 3).  Defendant, under oath,

19   sworn or affirmed his financial inability to employ counsel or has otherwise satisfied the Court

20   that he is financially unable to obtain counsel and requests counsel be appointed.  (Doc. No. 4).

21         Accordingly, it is **ORDERED**:

22         In the interests of justice and pursuant to the U.S. CONST., amend VI and 18 U.S.C.

23   § 3006A, the motion (Doc. No. 3 ) is GRANTED.  Griffin Estes of the FPD is appointed to

24   represent the above defendant.  This appointment shall remain into effect under further order.

25   Dated:    January 3, 2023

26                                           HELENA M. BARCH-KUCHTA
                                             UNITED STATES MAGISTRATE JUDGE
27

28